# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**Civil Action No. 20-cv-1480-RM-MEH**

HIGH PLAINS HARVEST CHURCH; and
MARK HOTALING,

      Plaintiffs,

v.

JARED POLIS, in his official capacity as Governor of the State of Colorado; and
JILL HUNSAKER RYAN, in her official capacity as Executive Director of the Colorado Department of Public Health and Environment,

      Defendants.

---

## PLAINTIFFS' WITHDRAWAL OF REQUEST FOR PRELIMINARY RELIEF
---

In light of last night's decision by the United States Supreme Court in *South Bay United Pentecostal Church v. Newsom*, 590 U.S. ___ (2020), Plaintiffs withdraw their motion for temporary restraining order and their motion for preliminary injunction.

The undersigned has discussed this withdrawal with Defendants' counsel. Defendants have no objection to Plaintiffs' withdrawal of their request for preliminary relief.

*/s/ Barry K. Arrington*

_____
Barry K. Arrington
Arrington Law Firm
3801 East Florida Avenue
Suite 830
Denver, Colorado 80210
Voice: (303) 205-7870
Fax: (303) 463-0410
Email: barry@arringtonpc.com
Attorney for Plaintiffs

1

## CERTIFICATE OF SERVICE

       I hereby certify that on May 30, 2020, I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via email to the following parties of record:

Natalie Hanlon Leh
Eric R. Olson
W. Eric Kuhn
Emily B. Buckley
Ryan K. Lorch
Office of the Colorado Attorney General
Ralph L. Carr Judicial Center
1300 Broadway, 10th Floor
Denver, Colorado  80203

*/s/ Barry K. Arrington*
_____
Barry K. Arrington