UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT
_____

**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**December 17, 2020**

**Christopher M. Wolpert**
**Clerk of Court**

HIGH PLAINS HARVEST CHURCH;
MARK HOTALING,

    Plaintiffs - Appellants,

v.

JARED POLIS, in his official capacity as
Governor of the State of Colorado; JILL
HUNSAKER RYAN, in her official
capacity as Executive Director of the
Colorado of Public Health and
Environment,

    Defendants - Appellees.

------------------------------

AMERICANS UNITED FOR
SEPARATION OF CHURCH AND
STATE; CENTRAL CONFERENCE OF
AMERICAN RABBIS; CONFERENCE
MINISTER; COVENANT NETWORK OF
PRESBYTERIANS; INTERFAITH
ALLIANCE FOUNDATION; MEN OF
REFORM JUDAISM; METHODIST
FEDERATION FOR SOCIAL ACTION;
MONTANA-NORTHERN WYOMING
CONFERENCE; NATIONAL COUNCIL
OF THE CHURCHES OF CHRIST IN
THE USA; SOUTHWEST
CONFERENCE OF THE UNITED
CHURCH OF CHRIST; REVERAND
MARC IAN STEWART; UNION FOR
REFORM JUDAISM; UNITED CHURCH
OF CHRIST; UNITED CHURCH OF
CHRIST; WOMEN OF REFORM
JUDAISM; KANSAS-OKLAHOMA

No. 20-1280
(D.C. No. 1:20-CV-01480-RM-MEH)
(D. Colo.)

| | |
|---|---|
| CONFERENCE; ANTI-DEFAMATION LEAGUE; BEND THE ARC: A JEWISH PARTNERSHIP FOR JUSTICE; DISCIPLES CENTER FOR PUBLIC WITNESS; DISCIPLES JUSTICE ACTION NETWORK; EQUAL PARTNERS IN FAITH; RECONSTRUCTIONIST RABBINICAL ASSOCIATION, | |
| Amici Curiae. | |

_____

# ORDER ON REMAND FROM THE UNITED STATES SUPREME COURT
_____

Before **LUCERO**, **MORITZ**, and **CARSON**, Circuit Judges.
_____

This matter is before us on remand from the United States Supreme Court. *See High Plains Harvest Church, et al. v. Jared Polis, Governor of Colorado, et al.*, No. 20A105, 529 U.S. ____ (2020) (order on application for injunctive relief, construed as a petition for a writ of certiorari before judgment). This matter is remanded to the U.S. District Court for the District of Colorado for further consideration in light of *Roman Catholic Diocese of Brooklyn v. Cuomo*, 592 U.S. ____ (2020). A copy of this order shall stand as and for the mandate of the court.

    Entered for the Court

    CHRISTOPHER M. WOLPERT, Clerk