**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Civil Action No. 20-cv-1480-RM-MEH**

HIGH PLAINS HARVEST CHURCH; and
MARK HOTALING,

    Plaintiffs,

v.

JARED POLIS, in his official capacity as Governor of the State of Colorado; and
JILL HUNSAKER RYAN, in her official capacity as Executive Director of the Colorado Department of Public Health and Environment,

    Defendants.

---

**JOINT NOTICE OF PRELIMINARY SETTLEMENT
AND
REQUEST FOR TEMPORARY STAY**

---

Plaintiffs, by their counsel of record, and Defendants, by their counsel of record, submit the following Joint Notice of Preliminary Settlement and Request for Temporary Stay.

The parties hereby inform the Court that they have reached agreement on a settlement in principle and that they are working to finalize a definitive settlement agreement.

The Court has ordered the parties to file briefs on January 19, 2021. In light of the settlement, the parties request the Court to temporarily stay this matter while they work on finalizing their definitive settlement agreement. The parties agree that they will either jointly file a stipulation for dismissal to terminate the case, or that either party may file a notice if the parties are unable to finalize the definitive settlement agreement. If for any reason a party files a

1

notice that they are not able to agree to the terms of the definitive agreement, the briefs due on January 19, 2021 shall be filed within 14 days after the date of the notice.

Respectfully submitted this 15th day of January 2021.

*/s/ Barry K. Arrington*
_____
Barry K. Arrington
Arrington Law Firm
3801 East Florida Avenue
Suite 830
Denver, Colorado 80210
Voice: (303) 205-7870
Fax: (303) 463-0410
Email: barry@arringtonpc.com
Attorney for Plaintiffs


PHILIP J. WEISER
Attorney General

*/s/ W. Eric Kuhn*
_____
**Natalie Hanlon Leh\***
Chief Deputy Attorney General
**Eric R. Olson\***
Solicitor General
**W. Eric Kuhn\***
Senior Assistant Attorney General
**Emily B. Buckley\***
**Ryan K. Lorch\***
Assistant Attorneys General
1300 Broadway, 10th Floor
Denver, CO 80203
Telephone: 720-508-6403
FAX: 720-508-6041
Email: eric.olson@coag.gov
Attorneys for State Defendants
\*Counsel of Record