IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 20-cv-01480-RM-MEH

HIGH PLAINS HARVEST CHURCH, and
MARK HOTALING,

      Plaintiffs,

v.

JARED POLIS, in his official capacity as Governor of the State of Colorado, and
JILL HUNSAKER RYAN, in her official capacity as Executive Director of the Colorado Department of Public Health and Environment,

      Defendants.

---

## ORDER

---

This matter is before the Court on the parties' Joint Notice of Preliminary Settlement and Request for Temporary Stay.  (ECF No. 67.)  In light of the settlement, this case is temporarily STAYED until February 15, 2021.  On or before that date, the parties shall jointly file either a stipulation for dismissal to terminate the case by a date certain or a notice if the parties are unable to finalize the definitive settlement agreement.  In the latter event, briefs that were due January 19, 2021 shall be filed within 14 days after the date of the notice.

**SO ORDERED.**

DATED this 15th day of January, 2021.

                              BY THE COURT:

                              _____
                              RAYMOND P. MOORE
                              United States District Judge