IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 20-cv-1480-RM-MEH**

HIGH PLAINS HARVEST CHURCH; and
MARK HOTALING,

      Plaintiffs,

v.

JARED POLIS, in his official capacity as Governor of the State of Colorado; and
JILL HUNSAKER RYAN, in her official capacity as Executive Director of the Colorado
Department of Public Health and Environment,

      Defendants.

_____

**STIPULATION TO DISMISS WITHOUT PREJUDICE**
_____

Plaintiffs and Defendants, by and through their respective counsel, hereby stipulate to dismiss the within action **without** prejudice.

Respectfully submitted this 12th day of February 2021.

| | |
|---|---|
| */s/ Barry K. Arrington*<br>_____<br>Barry K. Arrington<br>Arrington Law Firm<br>3801 East Florida Avenue<br>Suite 830<br>Denver, Colorado 80210<br>Voice:  (303) 205-7870<br>Fax:  (303) 463-0410<br>Email:  barry@arringtonpc.com<br>Attorney for Plaintiffs | PHILIP J. WEISER<br>Attorney General<br><br>*/s/ W. Eric Kuhn*<br>_____<br>*Natalie Hanlon Leh\**<br>Chief Deputy Attorney General<br>*Eric R. Olson\**<br>Solicitor General<br>*W. Eric Kuhn\**<br>Senior Assistant Attorney General<br>*Emily Buckley\**<br>*Ryan K. Lorch\**<br>Assistant Attorneys General<br>1300 Broadway, 6th Floor<br>Denver, CO 80203<br>Telephone: 720-508-6403 |

1

FAX: 720-508-6041
Email: Eric.Kuhn@coag.gov
Attorneys for Defendants
*Counsel of Record