IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 20-cv-01480-RM-MEH

HIGH PLAINS HARVEST CHURCH; and
MARK HOTALING

      Plaintiff,

v.

JARED POLIS, in his official capacity as Governor of the State of Colorado; and
JILL HUNSAKER RYAN, in her official capacity as Executive Director of the
Colorado Department of Public Health and Environment.

      Defendants.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

This matter is before the Court on the Stipulation to Dismiss without Prejudice ("Stipulation") (ECF No. 69). Having considered the Stipulation, the Court file, and being otherwise fully advised, the Court hereby

ORDERS that the within action is dismissed **without** prejudice.

DATED this 12th day of February, 2021.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge